UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JACK ALLISON, et al,

        Plaintiffs,

v.

THE AMERICAN DENTAL ASSOCIATION, et al.,

        Defendants.

Case No. 2:12-CV-00160-EJL

ORDER

  The United States Magistrate Judge issued an Order RE: Dkt. 2, 3, 4, 5, 6, 7, 10, 15, 16, 20, and 21 in this matter. (Dkt. 22.) Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge."

  The Court has reviewed said Order (Dkt. 22) and the record in this matter and finds no clear error on the face of the record. Moreover, the Court finds the Order is well-founded in the law based on the facts of this particular case and this Court is in agreement with the same.

**ORDER - 1**

ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Order RE: Dkt. 2, 3, 4, 5, 6, 7, 10, 15, 16, 20, and 21 in this matter. (Dkt. 22.) shall be INCORPORATED by reference and ADOPTED in its entirety by this Court.

IT IS THEREFORE ORDERED:

1) Plaintiff's Motion to Submit a Friend of the Court Brief (Dkt. 2) is **DENIED**;

2) Plaintiff's Motion for Submission of Facts (Dkt. 3) is **DENIED**;

3) Plaintiff's Motion and/or Affidavit for Default Judgment (Dkt. 4) is **DENIED**;

4) Plaintiff's Motion and/or Affidavit for Default Judgment (Dkt. 5) is **DENIED**;

5) Plaintiff's Motion to Submit Statement of Case and/or Statutory Laws (Dkt. 6) is **DENIED**;

6) Plaintiff's Motion to Submit Attachments (Dkt. 7) is **GRANTED**. The attachments will be considered as attachments to the Complaint;

7) Plaintiff's Motion for the Court to Issue a Default Judgment (Dkt. 10) is **DENIED**;

8) Defendant American Dental Association Motion for Extension of Time to File (Dkt. 15) is GRANTED. Defendant shall submit an answer or otherwise respond to the Complaint on or before **October 22, 2012**;

9) Plaintiff's Motion to Dismiss/Ignore Defendants Motion to Change Judges (Dkt. 16) is **DENIED**;

10) Plaintiff's Motion for Temporary Restraining Order (Dkt. 20) is **DENIED**; and,

11) Plaintiff's Demand for a Jury Trial On This Matter on 28 November 2012 (Dkt. 21) is **DENIED**.

DATED: October 2, 2012

Edward J. Lodge
United States District Judge